**Margaret A. GILLIAM, Plaintiff–Appellant,**

**v.**

**Officer McCOTTER; Unit Manager Hutcherson; Sergeant Schilling; Doctor Dunston; Doctor Miller; Nurse Forbes; Captain Haywood; Warden Harris; Mr. Alexander, Director of Medical, Defendants–Appellees.**

No. 15–6862.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 13, 2015.

Decided: Oct. 16, 2015.

Margaret A. Gilliam, Appellant Pro Se.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Margaret A. Gilliam appeals the district court's judgment dismissing her civil rights complaint under 42 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gilliam v. McCotter*, No. 5:14–ct–03301–F (E.D.N.C. May 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*